UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

Order Filed on June 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Indie Cooper-Guzman

Case No.: 18-29664
Hearing Date:
Chapter: 13
Judge: MBK

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 2, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____184 George Street, South River_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Robert C. Nisenson, Esq., Coldwell Banker, Trueguide Realtors |
| Amount to be paid: | $2500.00/$18,900.00 |
| Services rendered: | Attorney/Realtors |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __23,675.00__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

9. Other provisions: "The lien of PNC Bank shall remain on the premises commonly known as 184 George Street, South River, New Jersey and will be paid in full on the closing date from payoff letter.

10. All real estate taxes and water and sewer fees will be paid at the time of closing.

11. Other provisions: that the property is being sold free and clear to the liens of Robert Wood Johnson University Hospital with Judgment No: DJ-041041-2017.

12. The balance due under the plan pursuant to the payoff letter will be paid to the trustee less then amount due to MTAG. This amount will be paid directly to MTAG at closing.

13. Other provisions: that the property is being sold free and clear to the liens of University Radiology Group, PC with Judgment No: DJ-198948-2018.

14. Other provisions: Secured Creditor only accepts the Sale of the Property located 184 George Street, South River, New Jersey 08882 to the extent that the full payoff determined only by the Secured Creditor. The Trustee and/or Debtor reserves the right to question, contest and/or request verification of any line item(s) in the Mortgagee's Payoff Statement but waives any challenge to the contractual calculation of the full amount due. If the sale price is not enough to make a full payoff of the Secured Creditor's Lien, the Mortgagee may, in their exclusive and unrestricted discretion, agree to accept less than the full amount due to release their lien, but is not obligated to do so.

15. The provision of Rule 6004(h) shall not be applicable to the matter and the

Debtor shall be permitted to sell the property immediately.

16. Failure to complete any sale within ninety (90) days of enter of this Order

Authorizing Sale will result in any Order authorizing sale to be deemed moot.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-29664-MBK

Indie R Cooper-Guzman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Indie R Cooper-Guzman, 184 George St., South River, NJ 08882-1464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC BANK N.A. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK N.A. bky@martonelaw.com |
| Frank J Martone | on behalf of Loss Mitigation PNC BANK bky@martonelaw.com |

District/off: 0312-3      User: admin      Page 2 of 2
Date Rcvd: Jun 02, 2021      Form ID: pdf903      Total Noticed: 1

Frank J Martone
    on behalf of Loss Mitigation PNC Bank National Association bky@martonelaw.com

Robert C. Nisenson
    on behalf of Debtor Indie R Cooper-Guzman r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9