| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732) 238-8777<br>Robert C. Nisenson, Esq.<br>RCN 6680 | |
| In Re:<br><br>INDIE R. COOPER-GUZMAN | Case No.: 18-29664<br>Adv. No.:<br>Hearing Date:<br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, _____Theresa Mennella_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Robert C. Nisenson__, who represents the __Debtor__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __November 3, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   SERVICE ON AMENDED CHAPTER 13 PLAN

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 3, 2021                   /s/ Theresa Mennella
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Plan<br>CN 4853<br>Trenton, New Jersey 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Attention : Officer/Managing Agent/President<br>Ford Motor Credit Company, LLC<br>c/o Morgan Bornstein & Morgan<br>1236 Brace Road - Suite K<br>Cherry Hill, New Jersey 08304 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Attention : Officer/Managing Agent/President<br>University of Radiology<br>c/o Jerome F. O'Brien<br>PO Box 505<br>West Caldwell, NJ 07007 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Attention : Officer/Managing Agent/President<br>Robert Wood Johnson University Hospital<br>c/o Celentano, Stadtmauer & Walentowicz<br>1035 Route 46 East, Suite B208<br>Clifton, NJ 07015 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attention: Officer/Managing Agent/President<br>Bank of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX 79998 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>Robert Wood Johnson<br>1 Robert Wood Johnson Place<br>New Brunswick, New Jersey 08901 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>Ford Motor Credit<br>PO Box 6248<br>Dearborn, MI 48126 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>University Radiology Group, PC<br>175 Fairfield Avenue<br>PO Box 505<br>West Caldwell, NJ 07007 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*