| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| **ROBERT C. NISENSON, L.L.C.**<br>10 Auer Court<br>East Brunswick, NJ 08816<br> (732) 238-8777<br>Attorneys for Debtor<br>Robert C. Nisenson, Esq.<br>RCN 6680 | Order Filed on December 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-29664<br>Judge: MBK<br>Chapter 13 |
| In the Matter of<br><br>INDIE COOPER-GUZMAN<br>      DEBTOR | |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | | x Modified |

# ORDER ALLOWING DEBTOR TO PURCHASE PROPERTY AND APPROVE FINANCING

 The relief set forth on the following pages **ORDERED.**

**DATED: December 21, 2021**

                         Honorable Michael B. Kaplan
                         United States Bankruptcy Judge

Upon the Debtor's motion for approval to purchase and finance the real property commonly known as 406 N. 2ND Street, Lehighton, Pennsylvania 18325 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase property located at 406 N. 2nd Street, Lehighton, Pennsylvania, 18235 and obtain post-petition financing from Finance of America Mortgage, LLC assigns or to another mortgage company on similar terms as set forth the terms and conditions of the pre-approval pursuant to 11 U.S.C. §§ 364(c) in the amount not to exceed $108,109.

2. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to purchase the property immediately.

3. That the Chapter 3 Trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the financing/purchase.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29664-MBK |
| Indie R Cooper-Guzman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Indie R Cooper-Guzman, 147A David St., South Amboy, NJ 08879-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 23, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC BANK N.A. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK N.A. bky@martonelaw.com |
| Frank J Martone | on behalf of Loss Mitigation PNC BANK bky@martonelaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1

Frank J Martone
    on behalf of Loss Mitigation PNC Bank National Association bky@martonelaw.com

Robert C. Nisenson
    on behalf of Debtor Indie R Cooper-Guzman r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9