| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Indie R Cooper-Guzman<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx-xx-5755<br>EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18-29664-MBK | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Indie R Cooper-Guzman

3/22/22                                **By the court:** <u>Michael B. Kaplan</u>
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29664-MBK |
| Indie R Cooper-Guzman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 22, 2022 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Indie R Cooper-Guzman, 147A David St., South Amboy, NJ 08879-1709 |
| r | + | Coldwell Banker, 51 Arthur Street, Suite H, East Brunswick, NJ 08816-3712 |
| 517791802 | + | Able Medical Transportation, PO Box 6837, Bridgewater, NJ 08807-0837 |
| 517791804 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791810 | + | Ally Financial, C/O Portfolio Recovery Associates, PO Box 12903, Norfolk, VA 23541-0903 |
| 517791811 | + | Atlantic Ambulance Corp, 3075 E Imperial Hwy Suite 200, Brea, CA 92821-6753 |
| 517791812 | + | Bank Of America, C/O Frederic I Weinberg & Associates, 1200 Laurel Oak Rd ste 104, Voorhees, NJ 08043-4317 |
| 517791813 | + | Bank of America, C/O Frederic I. Weinberg, 1200 Laurel Oak Road Suite 104, Voorhees, NJ 08043-4317 |
| 517791816 | + | Borough South River Water, 48 Washington St., South River, NJ 08882-1247 |
| 517791814 | + | Borough of South River Tax Collector, 48 Washington St, South River, NJ 08882-1247 |
| 517791815 | + | Borough of South River Water, 48 Washington St, South River, NJ 08882-1247 |
| 517791818 | + | Carrier Clinic, PO Box 147, Belle Mead, NJ 08502-0147 |
| 518017821 | + | Centra State Hospital, C/O A-1 Collection, 1297 Highway 33, Suite 906, Hamilton, NJ 08690-2713 |
| 517791822 | + | Eagle Medical Transport, PO Box 29263, New York, NY 10087-9263 |
| 517791823 | + | East Brunswick Family Practice, PO Box 2403, Voorhees, NJ 08043-6403 |
| 517791824 | + | Emergency Physicians Associates of North, C/O HRRG, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 517791825 | + | Eric B. Chandler Health Center, 277 George St, New Brunswick, NJ 08901-1476 |
| 517791829 | + | Joseph Wutkowski, 172 Roosevelt Ave, Carteret, NJ 07008-2632 |
| 517791831 | + | MD Respitory Services, 6 West 21st St, Bayonne, NJ 07002-3614 |
| 517791832 | + | Overlook Hospital, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517791837 | + | PNC Bank, C/O Mattleman, Weinroth & Miller, PC, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 517791839 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517791838 | + | Princeton & Rutgers Neurology, C/O Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 517791845 | + | RWJ Health Network Ambulance, PO Box 251, South Amboy, NJ 08879-0251 |
| 517791840 | + | Raritan Bay Medical Center, C/O MCS Claim Services, 123 Frost Street Suite 202, Westbury, NY 11590-5027 |
| 517791841 | + | Raritan Bay Medical Center Old Bridge, 1 Hospital Plaza, Old Bridge, NJ 08857-3087 |
| 517791844 | + | Robert Wood Johnson University Hospital, C/O Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 517791846 | + | Sears/CitiBank NA - Credit, C/O Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517791848 | + | South River EMS, PO Box 949, Matawan, NJ 07747-0949 |
| 517791849 | + | Southern Bank Emergency EM / Care, C/O Bay Area Credit Services, LLC, 1000 Abernathy Rd. Bld 400, Suite 165, Atlanta, GA 30328-5612 |
| 517791850 | + | Southern Bank Emergency Physicians, C/O Bay Area Credit Services, LLC, PO Box 5914, Troy, MI 48007-5914 |
| 517791852 | + | Thomas Gowran Home Improvement and Excat, 12 W. Amherst St., East Brunswick, NJ 08816-2124 |
| 517791853 | + | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 517791854 | + | Trenton State psychiatric Hosptial, PO Box 7500, West Trenton, NJ 08628-0500 |
| 517791855 | + | University Behavioral Health Care, PO Box 826999, Philadelphia, PA 19182-6999 |
| 517791856 | + | University Radiology, C/O O'Brien and Taylor, Esqs., 175 Fairfield Avenue, West Caldwell, NJ 07006-6425 |
| 517823020 | + | University Radiology Group, PC, c/o JEROME F. O'BRIEN, 175 FAIRFIELD AVENUE, P.O. BOX 505, WEST CALDWELL, NJ 07007-0505 |
| 517791860 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 38

Case 18-29664-MBK    Doc 141    Filed 03/24/22    Entered 03/25/22 00:12:28    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 3180W | Total Noticed: 70 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 22 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 22 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | PNC BANK, PO Box 1820, Dayton, OH 45401-1820 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | PNC Bank National Association, Po Box 1820, Dayton, OH 45401 |
| 517791803 | + | Email/Text: bankruptcy@usecapital.com | Mar 22 2022 20:34:00 | Abraham Morganoff, C/O Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 517791817 | + | Email/Text: bankruptcy@usecapital.com | Mar 22 2022 20:34:00 | Capital Accounts, Attn: Bankruptcy Dept, Po Box 140065, Nashville, TN 37214-0065 |
| 517791819 | + | EDI: CCS.COM | Mar 23 2022 00:28:00 | Ccs Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 517791820 | + | EDI: CCS.COM | Mar 23 2022 00:28:00 | Comcast, C/O Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 517791821 | + | EDI: CCS.COM | Mar 23 2022 00:28:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 517791827 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 22 2022 20:34:00 | EZPass NY, C/O Transworld Systems, 5626 Frantz Rd, Dublin, OH 43017-1559 |
| 517791828 | + | Email/Text: kmorgan@morganlaw.com | Mar 22 2022 20:34:00 | Ford Motor Credit Company, LLC, C/O Morgan, Bornstein & Morgan, 1236 Brace Road - Suite K, Cherry Hill, NJ 08034-3229 |
| 517791830 | + | EDI: FORD.COM | Mar 23 2022 00:28:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518568394 | | Email/Text: ar@figadvisors.com | Mar 22 2022 20:34:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 517917717 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517916972 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 517791834 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2022 20:34:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 517897937 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517916707 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 517791833 | + | EDI: CCS.COM | Mar 23 2022 00:28:00 | Plymouth Rock Insurance, C/O Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517791842 | + | Email/Text: clientservices@remexinc.com | Mar 22 2022 20:34:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517791843 | + | EDI: IIC9.COM | Mar 23 2022 00:28:00 | Robert Wood John, C/O IC Systems, PO Box 64437, Saint Paul, MN 55164-0437 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517791847 | + | Email/Text: clientservices@simonsagency.com | Mar 22 2022 20:34:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517791851 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 22 2022 20:34:00 | St. Peters Hospital, C/O Certified Credit & Collections, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517795257 | + | EDI: RMSC.COM | Mar 23 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517916410 | | Email/Text: ar@figadvisors.com | Mar 22 2022 20:34:00 | TFS Cust for FIG Cap Inv NJ13, LLC, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 517914928 | | EDI: USBANKARS.COM | Mar 23 2022 00:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517791858 | | EDI: USBANKARS.COM | Mar 23 2022 00:28:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 517791857 | | EDI: USBANKARS.COM | Mar 23 2022 00:28:00 | Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |
| 517901200 | + | EDI: AIS.COM | Mar 23 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517791859 | + | EDI: DCI.COM | Mar 23 2022 00:28:00 | Verizon Wireless, C/O Diversified Consultants, Inc, PO BOx 551268, Jacksonville, FL 32255-1268 |
| 517887924 | | EDI: WFFC.COM | Mar 23 2022 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517791805 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791806 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791807 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791808 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791809 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517791835 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 517791836 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 517791826 | ##+ | EZPass NJ, RMCB Retrieval Masters Creditors Bureau, 4 Westchesters Plaza Suite 110, Elmsford, NY 10523-1615 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  N.A. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| Frank J Martone | on behalf of Loss Mitigation PNC BANK bky@martonelaw.com |
| Frank J Martone | on behalf of Loss Mitigation PNC Bank National Association bky@martonelaw.com |
| Robert C. Nisenson | on behalf of Debtor Indie R Cooper-Guzman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9